IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03130-BNB

ELCAR VASQUEZ De La Cruz,

    Applicant,

v.

ERIC HOLDER, JR.,

    Respondent.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 19, 2013, at Denver, Colorado.

                                        BY THE COURT:

                                         s/ Boyd N. Boland
                                        United States Magistrate Judge