**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-3130-WJM-CBS

ELCAR VASQUEZ DE LA CRUZ

    Petitioner,

v.

ERICK HOLDER JR., U.S. Attorney General

    Respondent.

---

**ORDER GRANTING MOTION TO WITHDRAW DOCUMENT**

---

This matter comes before the Court on Petitioner's Motion to Withdraw Petition for *Habeas Corpus* filed February 6, 2014 (ECF No. 20). The Court construes Petitioner's Motion as a Motion to Dismiss the Application for Writ of *Habeas Corpus* without Prejudice (ECF No. 1). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

Petitioner's Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITHOUT PREJUDICE. Each party shall pay his own attorney's fees and costs.

Dated this 10th day of February, 2014.

                                    BY THE COURT:

                                    William J. Martínez
                                    United States District Judge